IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN TOMPOROWSKI,

                Petitioner,                              ORDER

      v.                                                      08-cv-0374-bbc

GREG GRAMS, Warden,
Columbia Correctional Institution,

                Respondent.

---

      On July 1, 2008, Steven Tomporowski filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition appears to be a duplicate of one that petitioner filed earlier and that is currently pending in case 08-cv-0183-slc. Accordingly, the clerk of court is directed to close this case. Proceedings shall continue in case 08-cv-0183-slc.

      Entered this 16th day of July, 2008.

                                            BY THE COURT:

                                            /s/

                                          _____
                                          BARBARA B. CRABB
                                          District Judge