# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

STEVEN TOMPOROWSKI,

        Petitioner,

    v.

GREG GRAMS, Warden,
Columbia Correctional Institution,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.:   08-cv-374-bbc

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DENIED.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

7/17/08
_____
Date